**Order issued May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00963-CR

**CHRISTOPHER ARIC RADKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Francis, and Lang-Miers

Based on the Court's opinion of this date, we **GRANT** the December 20, 2013 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christopher Aric Radke, TDCJ #0806352, Michael Unit, 2664 FM 2054, Tennessee Colony, Texas, 75886.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE